3/11/2025 3:26 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 98331119
By: Tianni Williams
Filed: 3/11/2025 3:26 PM

NO. _____

| | | |
|---|---|---|
| GREGORY MITCHELL JR.<br>*Plaintiff,* | §<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§<br>§<br>§<br>§<br>§<br>§ | \_\_\_ JUDICIAL DISTRICT |
| MICHAEL HENDERSON<br>*Defendant.* | §<br>§<br>§ | OF HARRIS COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES**, GREGORY MITCHELL JR., hereinafter called Plaintiff, complaining of and about MICHAEL HENDERSON, hereinafter called Defendant, and for cause of action show unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Pursuant to Rule 190.4 of the Texas Rules of Civil Procedure Plaintiff intends that discovery be conducted under a Level 2 Discovery Control Plan.

### PARTIES AND SERVICE

2. Plaintiff, GREGORY MITCHELL JR., is an individual who resides in Texas.

3. Defendant, MICHAEL HENDERSON is an individual who resides in Texas, may be served with process at his home at the following address: 6903 Glen Rosa Drive Katy, Texas 77494. Service of said Defendant as described above can be affected by personal delivery.

### JURISDICTION AND VENUE

4. The subject matter in controversy is within the jurisdictional limits of this court.

5. This court has jurisdiction over the parties because Defendant is a resident of the

1

**EXHIBIT A**

State of Texas.

6. Venue in Harris County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

7. On **January 27, 2024**, Plaintiff GREGORY MITCHELL, JR. was traveling northbound on Beltway 8 and swerved into the right lane to avoid colliding with a vehicle that was traveling the wrong direction, when Defendant MICHAEL HENDERSON side-swiped Plaintiff's vehicle. As a result of this collision, Plaintiff sustained serious personal injuries for which he had to seek the care of medical professionals.

**PLAINTIFF'S CLAIM OF NEGLIGENCE AGAINST MICHAEL HENDERSON**

8. Defendant had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

9. Plaintiff's injuries were proximately caused by Defendant MICHAEL HENDERSON' negligent, careless, and reckless disregard of said duty.

10. The negligent, careless, and reckless disregard of duty of Defendant MICHAEL HENDERSON consisted of, but is not limited to, the following acts and omissions:

   A. Failure to keep such lookout as a person of ordinary prudence would have kept under the same or similar circumstances;

   B. Failure to maintain a reasonable, safe, and prudent rate of speed;

   C. Failure to maintain a reasonable, safe, and prudent distance between vehicles;

   D. Driver inattention; and

   E. Failure to timely apply brakes.

2

## NEGLIGENCE PER SE

11. Defendant MICHAEL HENDERSON' acts and/or omissions also constitute negligence per se as that term is defined under Texas law. Specifically, Defendant MICHAEL HENDERSON' acts and/or omissions violated the following statutory duties:

   A. Duty to control speed as necessary to avoid colliding with another vehicle that is on the highway. Tex. Trans. Code. §545.351;

   B. Duty to maintain an assured clear distance when following another vehicle. Tex. Trans. Code. §545.062;

   C. Duty to operate a vehicle at a speed that is reasonable and prudent under the circumstances. Tex. Trans. Code. §545.351;

   D. Duty to not drive with willful or wanton disregard for the safety of persons or property. Tex. Trans. Code. §545.401;

   E. Duty to yield the right of way. Tex. Trans. Code. §544.003; and

   F. Other violations of the Texas Transportation Code and Federal Motor Carrier Safety Regulations.

## DAMAGES FOR PLAINTIFF GREGORY MITCHELL JR.

12. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, GREGORY MITCHELL JR., was caused to suffer personal injuries, and to incur the following damages:

   A. The physical pain and mental anguish in the past and future;

   B. The reasonable and necessary costs for medical care and treatment, including doctors, hospitals, nurses, medicines, and other services and supplies in the past and future;

   C. Physical impairment in the past and future;

   D. Physical disfigurement in the past and future; and

   E. Physical pain and suffering in the past and future.

3

### PRE-EXISTING CONDITION

13. In the alternative, Plaintiff would show that if any injuries and/or conditions from which he currently suffers were pre-existing, then such conditions were aggravated, exacerbated, and/or made worse by the negligence of Defendant herein.

### SUBSEQUENT CONDITION

14. In the alternative, Plaintiff would show that if he suffers from any subsequent injury and/or condition, then such injury and or condition was aggravated and/or exacerbated by the negligence of Defendant herein.

### REQUEST FOR DEPOSITION DATES

15. Pursuant to Rule 199 of the Texas Rules of Civil Procedure, Plaintiff requests that each and every Defendant disclose, within fifty (50) days of service of this request, dates that Defendant is available for Plaintiff to take Defendant's deposition.

### PLAINTIFF'S RULE 609(F) NOTICE

16. You are hereby put on notice that, pursuant to the Texas Rules of Evidence 609(f), Plaintiff intends to use any and all documents produced in relation to Defendant's criminal convictions as evidence at the time of trial.

### STATEMENT REGARDING MONETARY RELIEF SOUGHT

17. Under the Texas Rules of Civil Procedure 47 (c), Plaintiff seek monetary relief over $250,000.00 but less than $1,000,000.00 including damages of any kind, penalties, costs, expenses, pre-judgement interest, and judgement for all other relief to which Plaintiff is justly entitled. Plaintiff expressly reserves the right to amend this damage calculation as discovery progresses.

### NOTICE OF USE

18. Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Defendant is hereby

4

notified that Plaintiff intends to use all documents produced by Defendant in response to written discovery in pretrial proceedings and trial. Defendant is required to assert any objection to the authenticity of any document Plaintiff produces within ten days of its production.

## DESIGNATED E-SERVICE EMAIL ADDRESS

19. The following is the undersigned attorney's designated e-Service email address for all e- served documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) & 21a: Litigation@TheHadiLawFirm.com. This is the undersigned's only e-Service email address, and service through any other email address will be considered invalid.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, GREGORY MITCHELL JR., respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

THE HADI LAW FIRM, PLLC

By: _____
Husein Hadi
Texas Bar No. 24067641
Jamil Thomas
Texas Bar No. 24066914
Ahson B. Wali
Texas Bar No. 24106815
Seve Thomas
Texas Bar No. 24115145
Nicholas Thomas
Texas Bar No. 24140421

7100 Regency Square Boulevard, Suite 140
Houston, Texas 77036
Tel: (832) 433-7977
Fax: (855) 423-4529
litigation@thehadilawfirm.com
**Attorneys for Plaintiff**

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

**DATE FILED: March 11, 2025**

NOTICE TO DEFENDANT:
**PLEASE FORWARD THIS DOCUMENT & ANY OTHER DOCUMENTS RELATED TO THIS ACCIDENT TO YOUR INSURANCE CARRIER:**

AVISO AL DEMANDADO:

**SI USTED TENÍ SEGURO DE AUTO AL MOMENTO DE ESTE ACCIDENTE, FAVOR DE ENVIAR ESTE DOCUMENT Y CUALQUIER OTRO DOCUMENTO(S) ACCIDENTE A SU COMPAÑÍA DE SEGUROS:**

**US EXPRESS**
**4080 Jenkins Road**
**Chattanooga, TN 37421**
**Phone: 423-510-5126**
**Facsimile: 423-485-7158**
**Claim#: 24-01-USX-001053**

6